# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV10-08947 JAK (VBKx) | Date | June 6, 2011 |
|---|---|---|---|
| Title | Kouam Guy Kamgaing v. Wells Fargo Bank, N.A., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Denise Paddock |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Sarah J. Golden | Kenneth A. Franklin |

**Proceedings:** **DEFENDANT WELLS FARGO'S MOTION TO DISMISS SECOND AMENDED COMPLAINT [50]**

**DEFENDANT WELLS FARGO'S MOTION TO STRIKE PORTIONS OF PLAINTIFF'S SECOND AMENDED COMPLAINT [51]**

**SCHEDULING CONFERENCE**

The hearing on the motions and scheduling conference are held. The parties submit on the papers. The Court states the reason for its ruling, as stated on the record, and grants Defendant Wells Fargo's Motion to Dismiss Second Amended Complaint as to the first cause of action for fraud, second cause of action for negligent misrepresentation, third cause of action for violation of California Business and Professions Code Section 17200, and fifth cause of action for breach of contract with leave to amend. The motion to dismiss the sixth cause of action for equitable estoppel is granted without leave to amend. The motion to dismiss the fourth cause of action for negligent supervision is denied. The Court states that its current conclusions as to the preemption defense and the negligent supervision cause of action are without prejudice to having these matters raised following some discovery in the matter. Plaintiff's third amended complaint is due by June 21, 2011. The Court reminds plaintiff's counsel to comply with Rule 11 as to good faith basis for allegations concerning the causes of action as to which leave to amend has been granted.

The Court sets the following dates:

| | |
|---|---|
| Settlement Conference Cut Off: | September 30, 2011 |
| Status Conference re Settlement: | October 3, 2011 at 1:30 p.m. |
| Final Pretrial Conference: | January 23, 2012 at 1:30 p.m. |
| Status Conference re Exhibits: | February 3, 2012 at 3:00 p.m. |
| Jury Trial: | February 7, 2012 at 9:00 a.m. |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV10-08947 JAK (VBKx) | Date | June 6, 2011 |
|---|---|---|---|
| Title | Kouam Guy Kamgaing v. Wells Fargo Bank, N.A., et al. | | |

　　　The Court grants the parties' request to participate in a settlement conference before the Attorney Settlement Officer Panel.  If a settlement is reached, the parties are ordered to file a notice of settlement, with a proposed date by which the matter will be dismissed.

　　　**IT IS SO ORDERED.**

cc: ADR

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　：　30

　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer    ak